UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiffs, by and through undersigned counsel, file their Statement of Claim, in accordance with the order found at Docket Entry 5, as follows:

**Federal Time-And-A-Half Overtime Claim (3/20/18-12/01/18) for Sanjay Shakes:**

Amount of Time-And-A-Half Overtime per hour not compensated:

$17.50/hour regular rate, Time -and-a-half: $26.25

Weeks: 36.5

Overtime hours per week: 6

Total: $17.50 x 1.5 x 6 x 36.5 = $5,748.75

Total wages unpaid and liquidated damages: $5,748.75 x 2 = $11,497.50, *exclusive of* **attorneys' fees and costs**


**Federal Time-And-A-Half Overtime Claim (12/01/18-7/30/19) for Sanjay Shakes:**

Amount of Time-And-A-Half Overtime per hour not compensated:

$17.50/hour, Time -and-a-half: $26.25

Weeks: 34

1

Overtime hours per week: 27.5

Total: $17.50 x 1.5 x 27 x 34 = $24,543.75

Total wages unpaid and liquidated damages: $24,543.75 x 2 = $49,087.50, *exclusive of* **attorneys' fees and costs**

**Federal Time-And-A-Half Overtime Claim (10/1/18-10/20/19) for Debron Wallen:**

Amount of Half-Time Overtime per hour not compensated: $17.50

Time-and-a-half: $26.25

Weeks: 54

Overtime hours per week: 37.5

Total: $17.50 x 1.5 x 37.5 x 54 = $53,156.25

Total wages unpaid and liquidated damages: $53,662.50 x 2 = $107,325.00, *exclusive of* **attorneys' fees and costs**

**COMBINED TOTAL FOR THE CASE, NOT INCLUDING FEES AND COSTS: $167,910.00**

  Respectfully Submitted, this 8th Day of September 2020,

> LUBELL & ROSEN, LLC
> 200 S. Andrews Ave, Suite 900
> Fort Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:    jhs@lubellrosen.com
>
> By: *s/Joshua H. Sheskin*
>     Joshua H. Sheskin, Esquire
>     Florida Bar No. 93028