UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61690-AHS

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiffs,
vs.

SVENSK MANAGEMENT, INC.
and RICHARD FERNBACH,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

The law firm of LITTLER MENDELSON, P.C. enters the appearance of Aaron J. Reed, Esq. and Stella S. Chu, Esq. for and on behalf of the Defendants, SVENSK MANAGEMENT, INC. and RICHARD FERNBACH in the above-styled cause, and requests that all papers and pleadings, notices, correspondence, orders, and other papers be served upon them.

Dated: September 22, 2020.

Respectfully submitted,

By: /s/ Stella S. Chu
Aaron J. Reed, Esq.
Florida Bar No. 557153
E-mail: areed@littler.com
Secondary: btapia@littler.com
Stella S. Chu, Esq.
Florida Bar No. 60519
Email: sschu@littler.com
Secondary: kljackson@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: 305.400.7500
Facsimile: 305.603.2552
*ATTORNEYS FOR DEFENDANTS*