UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

**CERTIFICATE OF COMPLAINCE WITH DOCKET ENTRY 5 ORDER REQUIRING SCHEDULING REPORT, CERTIFICATE OF INTERESTED PARTIES AND STATEMENT OF CLAIM AND RESPONSE IN FLSA CASE**

I hereby certify; that on this 28th Day of September 2020, undersigned, personally, served Defense Counsel, via email, with the Court's Order DE 5, Order Requiring Scheduling Report, Certificate of Interested Parties and Statement of Claim and Response In FLSA Case, the Plaintiff's Statement of Claim, and the supporting documents that Plaintiffs' currently possess, in compliance with DE 5.

Respectfully Submitted this 28th Day of September 2020

LUBELL & ROSEN, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   jhs@lubellrosen.com

By: *s/Joshua H. Sheskin*
     Joshua H. Sheskin, Esquire
     Florida Bar No. 93028

1