UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   a. Debron Wallen- Plaintiff

   b. Sanjay Shakes- Plaintiff

   c. Orlando Foster- Opt-In Plaintiff

   d. Charles Milet- Opt-In Plaintiff

   e. Joshua H. Sheskin, Esquire- Counsel for Plaintiff

   f. Amber L. Ruocco, Esquire – Counsel for Plaintiff

   g. Lubell Rosen, LLC. -Counsel for Plaintiff

   h. Svensk Management, Inc.- Defendant

    i. Richard Fernbach- Defendant

    j. Stella Chu, Esquire – Counsel for Defendant

    k. Littler Mendelson P.C. – Counsel for Defendant

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None other than the persons identified in above.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  a. Debron Wallen- Plaintiff

  b. Sanjay Shakes- Plaintiff

  c. Orlando Foster- Opt-In Plaintiff

  d. Charles Milet- Opt-In Plaintiff

  e. Any other Plaintiff choosing to opt-in

  I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

  Respectfully submitted this 7th day of October, 2021.

                            LUBELL & ROSEN, LLC
                            200 S. Andrews Ave, Suite 900
                            Fort Lauderdale, Florida 33301
                            Phone: (954) 880-9500
                            Fax: (954) 755-2993
                            E-mail:    jhs@lubellrosen.com

                            By: *s/Joshua H. Sheskin*
                                Joshua H. Sheskin, Esquire
                                Florida Bar No. 93028