UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

## JOINT PLANNING AND SCHEDULING REPORT

Pursuant to Southern District of Florida Local Rule 16.1(B), Federal Rule of Civil Procedure 26(f), and this Honorable Court's August 21, 2020 Order Requiring Scheduling Report (ECF No. 5), Plaintiff Debron Wallen, Plaintiff Sanjay Shakes, Defendant Svensk Management, Inc., and Defendant Richard Fernbach, now file this Joint Scheduling Report in the above styled action and show the Court as follows:

## CASE MANAGEMENT TRACK

Plaintiffs have styled the instant action as a collective action under §216(b) of the Fair Labor Standards Act ("FLSA"). Plaintiffs intend to add opt-in plaintiffs to the instant action and also to request permission from this Court to conditionally certify a class of similarly situated individuals and to issue notice to that putative class. As a result, Plaintiffs suggested to Defendants that the instant action should be placed on the Complex Case Management Track, as defined in Local Rule 16.1(A)(2)(C). Defendants do not believe that the instant action is appropriate to proceed as a collective action, and instead, assert that it should proceed for the named Plaintiffs only. Nonetheless, Defendants do not object to the placement of the instant action on the Complex

1

Case Management Track, so that sufficient time can be provided for discovery after any ruling by the Court on a collective action motion filed by Plaintiffs.

## ELEMENTS REQUIRED BY LOCAL RULE 16.1

**(A) The likelihood of settlement;**

The likelihood of settlement cannot be determined at this time, as Plaintiffs intend to add additional parties, ask the Court for preliminary certification of a collective action, and send notice to all employees, employed on the date of the filing of the action and backward three years.

**(B) A discussion of the likelihood of appearance in the action of additional parties;**

It is highly likely additional parties will make an appearance in this action, as additional parties have already expressed an interest, to Plaintiff's Counsel, in opting into the action.

**(C) Proposed limits on time:**

| Date | Description |
|---|---|
| 11/20/20 | Parties shall notify the Court of their selected mediator and time, date, and place scheduled for mediation. |
| 1/22/21 | Joinder of additional parties (including any motion requesting conditional certification as a collective action) and amendment of pleadings. |
| 5/21/21 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial. |
| 6/18/21 | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial. |
| 7/2/21 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial. |
| 7/30/21 | Mediation or settlement conference must be completed. |
| 8/13/21 | All fact and expert discovery shall be completed. |

| | |
|---|---|
| __9/10/21__ | All dispositive pretrial motions, including summary judgment motions and *Daubert* motions shall be filed. |
| __12/3/21__ | All non-dispositive pretrial motions, including motions *in limine,* shall be filed. |
| __1/7/22__ | Joint Pretrial Stipulation must be filed. Designations of deposition testimony shall be made. |
| __1/7/22__ | Proposed jury instructions and verdict form and/or proposed findings of fact and conclusions of law must be filed. |

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

**(E) The necessity or desirability of amendments to the pleadings;**

Plaintiff plans to add parties as opt-in Plaintiffs and seek preliminary, and final certification for an opt-in action.

**(F) A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts at this time.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any suggestions at this time.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

3

The parties do not consent to the magistrate at this time.

**(I)  A preliminary estimate of the time required for trial;**

The parties estimate that this will be a 4-5 day trial.

**(J) Requested dates for conferences before trial, a final pretrial conference and trial.**

The parties propose January 17, 2022 for trial and January 10, 2022 for the calendar call.

**(K) Any Issues About**

**(i)      Disclosure, discovery, or preservation of electronically stored information including the form or forms in which it should be produced**

The Parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information. Documents, including electronic discovery, will be produced in PDF format or by printing the electronic documents. Electronic discovery does not have to be produced in its natural form, unless the authenticity of a particular document becomes an issue in the case

**(ii)     Claims of Privilege or Protection**

The Parties agree that these will be addressed in response to specific discovery items.

**(iii)    ESI Checklist on Court's Website**

The Parties do not anticipate using the ESI Check List at this moment.

**(L) Any other information useful to the Court in setting the case for status or pre-trial conference**

As previously mentioned, the Plaintiffs plan to move for preliminary and final certification of this action as an opt-in collective action. If granted same may require an extension of the above deadlines.

Respectfully Submitted,

Dated:  10/13/2020

| | |
|---|---|
| Lubell Rosen<br>Attorney for Plaintiffs<br>200 South Andrews Ave, Suite 900<br>Ft. Lauderdale, Florida 33301<br>Tel: (954) 880-9500<br>Fax: (954) 755-2293<br><br>By:  /s/ Joshua H. Sheskin_____<br>      Joshua H. Sheskin, Esq.<br>      Florida Bar Number 93028<br>      E-Mail: jhs@lubellrosen.com | Littler Mendelson, P.C.<br>Attorneys for Defendants<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel: (305) 400-7500<br>Fax: (305) 603-2552<br><br>*/s/ Stella S. Chu*_____<br>Aaron Reed<br>Florida Bar No. 557153<br>E-mail: *areed@littler.com*<br>Stella S. Chu<br>Florida Bar No. 60519<br>E-mail: *sschu@littler.com* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

**PROPOSED JOINT SCHEDULING ORDER**

The Court, having received and reviewed the parties' Joint Scheduling Report and being otherwise duly advised in the premises thereof, it is thereupon, ORDERED AND ADJUDGED as follows:

**I.   CASE MANAGEMENT TRACK**

This case is placed on the Standard Case Management Track, as defined in Local Rule 16.1 (A)(2)(b), S.D. Fla.

**II.   TRIAL**

This action is set for trial during the two-week trial period beginning on _____. Calendar call will be held at _____ on _____, at _____. A pretrial conference will be held immediately following calendar call only if requested by the parties in advance.

6

**III.	TIME LIMITS**

(1)	The deadline to file a notice of selection of mediator that also indicates the time, date, and place for mediation is _____.

(2)	The deadline to add/join other parties and to amend the pleadings is _____.

(3)	The deadline for Plaintiff to furnish opposing counsel with a list of expert witnesses intended to be called as trial, along with the summaries/reports required by Local Rule 16.1(K), is _____.

(4)	The deadline for Defendant to furnish opposing counsel with a list of expert witnesses intended to be called at trial along with the summaries/reports required by Local Rule 16.1 (K), is _____.

(5)	The deadline to exchange witness lists is _____.

(6)	The deadline to complete mediation is _____.

(7)	The deadline to complete all fact and expert discovery is _____.

(8)	The deadline to file dispositive motions and *Daubert* motions (which include motions to strike experts) and supporting memoranda of law is _____.

(9)	The deadline to file motions in limine and all other non-dispositive motions and supporting memoranda of law is _____.

(9)	The deadline to file the joint pre-trial stipulation, proposed jury instructions and proposed verdict form is _____.

(10)	The calendar call is scheduled for _____.

(11)	The trial is scheduled for the trial period commencing on _____.

7

8

**DONE AND ORDERED** in Chambers this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

All Parties

4827-3848-4686.1 109338.1001