**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-cv-61690-SINGHAL**

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendants Svensk Management, Inc. and Richard Fernbach, pursuant to this Honorable Court's Order dated August 21, 2020 (ECF No. 5), hereby file their Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

The following persons, associated persons, firms, partnerships or corporations have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

(a) Plaintiff Debron Wallen
(b) Plaintiff Sanjay Shakes
(c) Lubell & Rosen, LLC – counsel for Plaintiff
(d) Joshua H. Sheskin, Esq. – counsel for Plaintiff
(e) Amber L. Ruocco, Esq. – counsel for Plaintiff
(f) Defendant Svensk Management, Inc.
(g) Defendant Richard Fernbach
(h) Littler Mendelson, P.C. – counsel for Defendant
(i) Aaron Reed, Esq. – counsel for Defendant
(j) Stella S. Chu, Esq. – counsel for Defendant

|  |  |
|---|---|
| DATED, this 13th day of October 2020. | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida  33131<br>Tel:  (305) 400-7500<br>Fax: (305) 603-2552<br><br>By**:** */s/ Stella S. Chu*<br>Aaron Reed<br>Florida Bar No. 0557153<br>E-mail: *areed@littler.com*<br>Stella S. Chu<br>Florida Bar No. 060519<br>E-mail: *sschu@littler.com*<br><br>*Counsel for Defendant* |

4818-6292-3982.1 109338.1001