UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

Defendant SVENSK MANAGEMENT, INC., and Defendant RICHARD FERNBACH., hereby gives notice of the appearance of Aaron Reed, Esq. of Littler Mendelson, P.C., as counsel for Defendants in the instant action. Defendants respectfully request that Mr. Reed's appearance be reflected in the Court's docket report and that all pleadings, notices and correspondence be sent to Mr. Reed, whose contact information is as follows:

**Aaron Reed**
**Littler Mendelson, P.C.**
**Wells Fargo Center**
**333 S.E. 2nd Avenue, Suite 2700**
**Miami, Florida  33131**
**Tel: (305) 400-7500**
**Fax: (305) 603-2552**
**E-mail:** *areed@littler.com*

<mark>*</mark>

DATED this 20th day of October 2020.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By**:** */s/ Aaron Reed*
Aaron Reed
Florida Bar No. 0557153
E-mail: *areed@littler.com*
Stella S. Chu
Florida Bar No. 060519
E-mail: *sschu@littler.com*

*Counsel for Defendants*

4813-8594-4271.1 109338.1001