UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61690-SINGHAL/VALLE

DEBRON WALLEN,
*et al.*,

      Plaintiffs,

v.

SVENSK MANAGEMENT, INC.,
*et al.*,

      Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Raag Singhal's Order

referring the case to the undersigned for an early settlement conference.  *See* (ECF No. 5).

Accordingly, a settlement conference will be held on **Thursday, December 17, 2020 at

2:00 p.m.**  Due to the COVID-19 pandemic, the conference will be conducted remotely by video

or telephone conferencing. The day before the conference, the Court will advise the parties of the

selected method to conduct the proceedings.  **ALL PARTIES AND THEIR RESPECTIVE

ATTORNEYS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS

ACTION**.  All attendees should allocate a minimum of three hours for the conference.

By **Thursday, December 10, 2020**, each party shall: (i) file a certificate of compliance

confirming that all documents supporting the claims and defenses, including time sheets, pay stubs,

etc., have been exchanged and reviewed; and (ii) email (not file) a Confidential Settlement

Conference Statement to Judge Valle at valle@flsd.uscourts.gov.  Each Statement shall not exceed

five (5) double-spaced pages.  Plaintiff's Confidential Settlement Statement must also specify

counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the

submission, including billing records to support the fees and costs incurred.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on November 4, 2020.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
All Counsel of Record

2