UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH
_____/

## NOTICE OF CONSENT TO JOIN FOR PLAINTIFF OPT-IN OLANDO FOSTER

Plaintiffs, Debron Wallen and Sanjay Shakes, give notice of filing the attached Notice of Consent to join executed by OLANDO FOSTER, a similar situated employee to Plaintiffs, who likewise was subject to illegal pay practices at issues, and who wishes to join the above-captioned lawsuit. See, Consent to Join attached as *Exhibit A.* Further, it appears Mr. Olando Foster accidently dated his documents for September, not November, however, he signed today.

Respectfully Submitted, this 6th day of November, 2020.

LUBELL & ROSEN, LLC
*Attorneys for Defendant*
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:    jhs@lubellrosen.com

By: *s/Joshua H. Sheskin*
    Joshua H. Sheskin, Esquire
    Florida Bar No. 93028