UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH

/

**CONSENT TO JOIN COLLECTIVE ACTION
AND BE REPRESENTED BY LUBELL ROSEN LLC.**

- I, **Orlando Foster**, consent to join the above styled lawsuit seeking damages for unpaid overtime, worked during the week, under the Fair Labor Standards Act;
- I am similarly situated to the named Plaintiffs in this action because I had the same job title, same job duties, and, like the named Plaintiffs, was not paid for overtime worked during the week, but, rather, only for a random amount of overtime worked over the weekend. Additionally, I was not credited with all of the hours I worked during the week because Defendants lacked a time keeping system;
- I authorize either named Plaintiff to file and prosecute the above captioned action in my name, and on my behalf, and designate either named Plaintiff, to make decisions on my behalf concerning the litigation, including negotiating a settlement or resolution of my claims;
- I agree to be represented by Lubell Rosen, LLC. Named counsel for the Named Plaintiffs; and
- If this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims as part of a sperate, the same, or a related action against the Defendants.

Signature O. Foster

Printed Name Orlando F Foster

Date 9/06/2020

Address: C/O my Counsel, LUBELL & ROSEN, LLC
200 S. Andrews Ave., Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
E-mail: jhs@lubellrosen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-61690-SINGHAL

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH

Defendants.

_____/

## DECLARATION OF OLANDO FOSTER

I, OLANDO FOSTER, hereby declare under penalty of perjury that the following is true and correct.

1. My name is OLANDO FOSTER, I am over eighteen years of age, and otherwise sui juris.

2. I base this declaration on personal knowledge.

3. I am an opt-in Plaintiff, in the above captioned action, having signed a consent to be such.

4. I worked for SVENSK MANAGEMENT and MR. RICHARD FERNBACH from July 4, 2019 to June 13, 2020.

5. I was a Service Technician, along with the Named Plaintiffs in this action. I preformed the same duties as the Named Plaintiffs and was subject to the same illegal pay structures. I balanced pool chemicals, added chemicals, cleaned filters, tile and the leaf basket, and

1

2

would remove any debris in the pool. I also fixed pool equipment, which the others did not, however, this was not a major part of my employment.

6. For the first month I worked 6am to 10pm most days.

7. For the first two weeks after that two months I worked approximately twelve hours per-day.

8. For the remainder of my employment I worked nine to ten hours, per-day. On some Saturdays I worked, and when I did it was seven hours.

9. I received some overtime payments, occasionally, but they were random, and for payment of weekend hours, the overtime payments did not match my schedule. Overtime payments were random and did not compensate me for the hours I, actually, worked.

10. SVENSK MANAGEMENT had no way to keep time, nor required employees to report their time, the truck was not even returned every night to the lot, to give SVENSK any idea of what time the technicians were done. SVENSK MANAGEMENT preferred not to know, and pay Service Technicians whatever they wanted, but, almost, never, enough to cover the overtime the technicians worked.

11. On an easy day I serviced 14 pools, and on a hard day I serviced 17 pools. Despite working a tremendous amount of overtime during the week, I was not properly paid for same.

12. RICHARD FERNBACH was in charge of the pay policies.

13. There were about ten technicians and they were constantly changing, there were sometimes twelve but they usually did not last more than a few weeks.

14. I know of current employees who wish to join the action but are afraid of retaliation.

Signed Under Penalty of Perjury Pursuant to 28 U.S.C. §1746

I declare under penalty of perjury that the foregoing is true and correct.

O. Foster _____  DATE 9 - 06 - 2020

Olando Foster

3