UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61690-AHS

DEBRON WALLEN,
SANJAY SHAKES, Individually and
On Behalf of All Others Similarly Situated,

Plaintiffs,

Vs.

SVENSK MANAGEMENT, INC. &
RICHARD FERNBACH

Defendants.
_____/

## CONSENT TO JOIN COLLECTIVE ACTION

1. I, Tony Izev, consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act ("FLSA") as a party plaintiff in the lawsuit captioned *Debron Wallen and Sanjay Shakes v. Svensk Management, Inc. & Richard Fernbach*, Case No. 0:20-cv-61690-AHS.

2. I am or was employed by Svensk Management, Inc. as a Service Technician at some time between March 22, 2018 through the present. I claim that I was not properly compensated for overtime hours worked (hours worked over forty (40) in the same workweek).

3. I authorize Debron Wallen and Sanjay Shakes ("Named Plaintiffs") to file and prosecute the above referenced matter in my name, and on my behalf, and designate the Named Plaintiffs to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and I understand I will be bound by such decisions.

4. I agree to be represented by Lubell & Rosen, LLC, counsel for the Named Plaintiffs.

DATE: 5-18-21

SIGNATURE: *Tony Izev*

PRINTED NAME: Tony Izev

The information below will not be filed with the Court.

STREET ADDRESS: 7480 NW 17th ST #302

CITY, STATE, ZIP: Plantation FL 33313

TELEPHONE NO.: 954-870-8446

E-MAIL: TonyIzev@gmail.com

**COMPLETE AND MAIL TO:**
LUBELL & ROSEN, LLC
Attention: Joshua H. Sheskin, Esquire, M.A.
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500; Fax: (954) 755-2993
E-mail: jhs@lubellrosen.com
E-mail: alr@lubellrosen.com
E-mail: george@lubellrosen.com

**YOU MUST FULLY COMPLETE, SIGN, AND RETURN THIS FORM NO LATER THAN June 7, 2021
IN ORDER TO PARTICIPATE IN THIS CASE.**

If you have any questions about this matter, you may contact the Named Plaintiffs' attorney, at:
Joshua H. Sheskin, Esquire, M.A.
LUBELL & ROSEN, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500; Fax: (954) 755-2993
E-mail: jhs@lubellrosen.com
E-mail: alr@lubellrosen.com
E-mail: george@lubellrosen.com

Svensk Management, Inc. and Richard Fernbach are represented by:
Aaron Reed, Esq. and Stella Chu, Esq.
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Phone: (305) 400-7500; Fax: (305) 603-2552
Email: areed@littler.com
Email: sschu@littler.com

**RETALIATION PROHIBITED**
*29 U.S.C. § 215(a)(3) of the FLSA prohibits anyone from discriminating or retaliating against you for taking part in this case.*

4823-2424-4195.1